IN THE SUPREME COURT OF TEXAS

 No. 04-0060

 IN RE TENET HOSPITALS LIMITED, D/B/A DOCTORS HOSPITAL, TENET HEALTHCARE
 CORPORATION, AND TENET TEXAS EMPLOYMENT, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' second motion for temporary relief, filed June 22,
2004, is granted. This Court stays the trial set for August 23, 2004, in
Cause No. 01-9414, styled, Craig Franklin, individually and as Executor for
Estate of Joan Franklin, Deceased, Dan Franklin and Kim Marth v. Michael
Lewis Gibson, M.D., Pinnacle Anesthesia Consultants, P.A. and Tenet Health
System Hospitals, Inc. d/b/a Doctor's Hospital, Tenet Healthcare
Corporation, Tenet Texas Employment, Inc. Tenet Health Systems Hospitals
Dallas, Inc., Tenet Hospitals Limited in the 134th District Court of Dallas
County, Texas, is stayed pending further order of this Court.

 Done at the City of Austin, this June 30, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk